12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender: **Alisha Turnbow**  Docket Number: **2:13-CR-00382-001**

Name of Sentencing Judicial Officer:  **Honorable David Nuffer**
**Senior U.S. District Judge**

Date of Original Sentence:  **October 23, 2013**
Original Offense:  **Bank Fraud, Aggravated Identity Theft**
Original Sentence:  **41 Months Imprisonment/60 Months Supervised Release**

Date of Violation Sentence:  **July 18, 2018**
Violation Sentence:  **3 Months Imprisonment/36 Months Supervised Release**

Type of Supervision: **Supervised Release**  Current Supervision Began: **August 3, 2018**

## SUPERVISION SUMMARY

The purpose of this report is to update the Court on Alisha's progress since the previous petition to amend the warrant was submitted and approved on July 28, 2020.

After being in contact with Collective Recovery Treatment, and learning of new violations, a request to amend the petition for a warrant was submitted and approved on July 28, 2020. The defendant had denied any illegal substance use and had accumulated serval other technical violations. In following with the U.S. Probation Office's policy, the issuance of a warrant was not communicated to the defendant who continued to stay in touch with the probation office and frequently inquired on what would occur next.

The defendant's attorney, Benji McMurray negotiated with the probation office in allowing the defendant to self-surrender to the authorities, since she had maintained communication with both him and the probation office. After communication with both the U.S. Marshals (USMS) and a Probation Officer Supervisor, it was determined that the defendant could be informed of the active warrant and given instructions to self-surrender.

On July 31, 2020, the probation office coordinated with the USMS a self-surrender scenario to occur the following week. the defendant was contacted and informed of the active warrant. She was given instructions to self-surrender to the USMS at 10:00 a.m. on Monday August 3, 2020. The defendant agreed to do this.

On August 3, 2020, the defendant failed to self-surrender to the USMS. Benji McMurray requested that the Court withdraw the active warrant and allow the defendant to enroll in an inpatient treatment program. This request was denied. The probation office again coordinated with the USMS to allow the defendant to self-surrender to the Tooele County Jail on August 5, 2020 at 11:00 a.m. The defendant was contacted, and it was learned that her failure to self-surrender on August 3, 2020, was due to a conflicting dental appointment. The defendant agreed to self-surrender to the Tooele County Jail at the stated time and date.

On August 5, 2020, the defendant again failed to self-surrender. Several attempts were made to contact the defendant who failed to respond to the probation office. As of writing this report, the defendant has failed to contact the probation office and the warrant remains active.

PROB 12A  
D/UT 01/18

Alisha Turnbow  
2:13-CR-00382-001

If the Court desires more information or another course of action, please contact me at (385) 444-0349.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
by Nate Driedger  
U.S. Probation Officer  
August 19, 2020